UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-21855-CIV-ALTONAGA/Goodman

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**CLAUDETTE ESPENDEZ**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant's Motion for Temporary Dismissal with 60 Days to Repayment [ECF No. 24], filed September 28, 2017.  Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . .  At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

*Id.*  (alterations and emphasis added).  The Rule further states that "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction . . . ."  *Id.*  Defendant has failed to certify that she conferred or made reasonable efforts to confer with Plaintiff.  Therefore, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 24]** is **DENIED WITHOUT PREJUDICE**.

CASE NO. 17-21855-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida this 29th day of September, 2017.

*[signature]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Defendant, *pro se*